IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN POPOVICH, | : | CIVIL NO. 1:CV-13-1528 |
| Plaintiff, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| MARIROSA LAMAS, et al., | : | |
| Defendants | : | |

## ORDER

**NOW, THIS 2nd DAY OF DECEMBER, 2013,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion for the appointment of counsel (Doc. No. 12) is **denied without prejudice**.

2. Plaintiff's motion for extension of time (Doc. No. 11) is **denied**.

3. Within fifteen (15) days from the date of this order, Plaintiff shall file a brief in response to Defendants' motion to dismiss in accordance with M.D. Pa. L.R. 7.6. The failure to do so may result in the granting of the motion or dismissal of this case for failure to prosecute. See Fed. R. Civ. P. 41(b)("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962)(interpreting Federal Rule of Civil Procedure 41(b) as permitting *sua sponte* dismissals by the court); Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984).

\_\_\_\_s/ Yvette Kane_____
YVETTE KANE, Judge
Middle District of Pennsylvania