**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRIAN POPOVICH,** | : | **CIVIL NO. 1:CV-13-1528** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **MARIROSA LAMAS, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW, THIS 11th DAY OF MARCH, 2014,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion to dismiss filed by Defendants Lamas, Williams and Ferguson (Doc. No. 20) is **granted.** All claims set forth in the complaint against these Defendants are dismissed in their entirety.

2. The Clerk of Court is directed to change the spelling of Defendant Dr. Goobian's name on the docket to "Dr. Goubran," an employee of Wexford Health Services, Inc., and to provide a copy of the complaint (Doc. No. 1) and this order to the United States Marshal for service on said Defendant.

                                                                     S/ Yvette Kane
                                                                      YVETTE KANE, District Judge
                                                                      Middle District of Pennsylvania