UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN POPOVICH,** : | |
| : | |
| Plaintiff : | CIVIL NO. 1:13-CV-01528 |
| : | |
| vs. : | |
| : | |
| **MARRISA LAMAS, et al.,** : | (Judge Kane) |
| : | |
| **Defendants** : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Popovich's complaint is **DISMISSED** pursuant to Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii) with leave to file an amended complaint within twenty (20) days of the date hereof.

2. Popovich's motion to reopen (Doc. No. 36) is **DENIED** with the proviso that the court will sua sponte reconsider the motion to reopen if Popovich files an amended complaint.

                                               S/ Yvette Kane
                                               Yvette Kane
                                               United States District Judge

Date: August 24, 2016